UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

CIVIL ACTION NO. 07-151-GWU

ANGELA A. MORRIS,                                                              PLAINTIFF,

VS.                                        **JUDGMENT**

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,                                DEFENDANT.

\* \* \* \* \* \* \* \* \* \* \* \* \*

In compliance with Fed. R. Civ. P. 58,

IT IS HEREBY ORDERED AND ADJUDGED that:

(1)     the administrative decision is REVERSED and REMANDED for further

consideration pursuant to Sentence Four of 42 U.S.C. Section 405(g); and

(2)     the above-styled action is STRICKEN from this Court's active docket.

This the 23rd day of April, 2008.



**Signed By:**

_G. Wix Unthank_

**United States Senior Judge**